UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | CRIMINAL NO.3:00CR186(RNC) |
| JOSE ROLDAN | : | APRIL 26, 2007 |

**APPEARANCE**

The undersigned attorney hereby requests that his appearance as counsel for the Government be entered in the above-entitled case.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/
DAVID A. RING
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct14362
450 Main Street, Rm. 328
Hartford, CT  06103
(860) 947-1101

CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was mailed this 26th day of April, 2007 to the following:

Sebastian DeSantis, Esq.
Law Offices of Sabilia & DeSantis
247 Shaw Street
New London, CT 06320-5460

_____
DAVID A. RING
ASSISTANT UNITED STATES ATTORNEY